IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Cassandra Arnold, individually and as Special Administrator of the Estate of Martinez Winford, now deceased**, <br><br> Plaintiff, <br> vs. <br><br> **City of Chicago, a Municipal Corporation and Unknown Chicago Police Officers, John Does 1-10, each an individual**, <br><br> Defendants. | Case No. RECEIVED: MARCH 16, 2009<br>09CV1617<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE ASHMAN<br>BR |

NOTICE OF REMOVAL

Defendant City of Chicago, by one of its attorneys, Naomi Avendano, Deputy Corporation Counsel of the City of Chicago, respectfully removes the above entitled action to this Court, pursuant to 28 U.S.C. §1441(b) and (c), §1446, and on the following grounds:

1. Defendant City of Chicago was named as a defendant in a civil action filed on February 27, 2009, in the Circuit Court of Cook County of the State of Illinois, case number 09 L 2431, entitled <u>Cassandra Arnold, v. City of Chicago, et al.</u> The complaint also names John Does 1 through 10 as addidtional defendants.

2. The summons and complaint were served upon the City of Chicago on or about March 9, 2009. <u>See</u> summons and complaint attached hereto as Exhibit A.

3. Plaintiff brings this action pursuant to 42 U.S.C. § 1983 and Illinois common law. Plaintiff, for the estate of Martinez Winford, alleges that the unknown police officer defendants used excessive force in violation of the Fourteenth Amendment of the Constitution of the United States. Plaintiff further brings Illinois state law claims for wrongful death, assault and battery.

4. Defendant City is entitled to remove this action to this court, pursuant to 28 U.S.C. §1441(b) and (c).

5. It appears from the face of plaintiff's complaint that this is, primarily, a civil rights action which arises under the United States Constitution and involves federal questions. Plaintiff's complaint alleges, among other things, that the defendants violated the rights of the plaintiff as guaranteed by the United States Constitution.

WHEREFORE, defendant City of Chicago respectfully requests that the above-entitled action now pending in the Circuit Court of Cook County in the State of Illinois, case number 09 L 2431, be removed therefrom to this Court.

Respectfully submitted,

/s/ Naomi Avendano
Naomi Avendano
Deputy Corporation Counsel

30 N. LaSalle St., Suite 1400
Chicago, IL 60602
(312) 742-7880
Atty. No. 06203689