**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA ARNOLD, individually and as Special Administrator of THE ESTATE OF MARTINEZ WINFORD, now deceased, | ) | |
| Plaintiff, | ) | 09 C 1617 |
| v. | ) | |
| THE CITY OF CHICAGO, a Municipal Corporation and CHICAGO POLICE OFFICERS ZACHARY RUBALD and MIGUEL ROMERO, | ) | |
| Defendants. | ) | |

**MOTION TO COMPEL**

Plaintiff, Cassandra Arnold, through undersigned counsel, and for her Motion to Compel, states:

1. On July 10, 2009, Plaintiff served Defendant, The City of Chicago with her First Set of Document Requests, the response to which was due on August 7, 2009.

2. Also on July 10, 2009, Plaintiff served Defendant, The City of Chicago with her First Set of Interrogatories, the response to which was due on August 7, 2009.

3. On July 14, 2009, Plaintiff served Defendant, The City of Chicago with her Second Set of Document Requests, the response to which was due on August 11, 2009.

4. In late August, Plaintiff served her Notice of Deposition on Defendants Rubald and Romero, setting Defendant Rubald's deposition for October 6, 2009 and Defendant

Romero's deposition for October 7, 2009.

5. On September 10, 2009, counsel for Plaintiff received a letter from counsel for Defendants, Liza M. Franklin, stating that she was not available on the dates contained in Plaintiff's Notice of Deposition and requesting new dates. Exhibit 1.

6. Responsively, counsel for Plaintiff supplied new dates in a letter dated that same day and also requested that The City of Chicago supply its responses to the outstanding discovery. Exhibit 2.

7. On September 11, 2009, counsel for Plaintiff received a letter from Ms. Franklin stating that she would supply responses to the outstanding discovery the next week and that she would speak with Defendants Rubald and Romero concerning deposition dates and get back to counsel for Plaintiff. Exhibit 3.

8. On September 28th, 2009, not having heard back from Ms. Franklin, counsel for Plaintiff placed a call to Ms. Franklin to discuss these matters and left a voicemail to that effect.

9. On October 1, 2009, Ms. Franklin having not returned counsel for Plaintiff's telephone call, counsel for Plaintiff sent Ms. Franklin a letter again requesting The City of Chicago's responses to the outstanding discovery as well as new deposition dates for Defendants Rubald and Romero. Exhibit 4.

10. As of October 9, 2009, Ms. Franklin has not returned counsel for Plaintiff's telephone call, responded to the October 1st letter, supplied responses to outstanding discovery, nor suppled new deposition dates.

11. Pursuant to Local Rule 37.2 and based on the foregoing, counsel for Plaintiff's attempts to engage in consultation with opposing counsel concerning the foregoing discovery

disputes were unsuccessful due to no fault of counsel for Plaintiff.

WHEREFORE, Plaintiff, Cassandra Arnold, respectfully requests that this honorable Court enter an order requiring that Defendant, The City of Chicago fully respond to Plaintiff's First and Second Sets of Documents Requests and First Set of Interrogatories within seven days and that Defendants Rubald and Romero supply counsel for Plaintiff with deposition dates within seven days and for all other and further relief that this Court deems just and equitable.

/s/ Michael Cohen
Andrew Staes
Michael Cohen

Staes & Scallan, P.C.
111 W. Washington St.
Ste. 1631
Chicago, IL 60602
(312) 201-8969
ARDC #: 6292575

CERTIFICATE OF SERVICE

I, Michael Cohen, hereby certify that I have caused Plaintiff's Motion To Compel to be served upon:

Liza Marie Frankin
City Of Chicago, Department Of Law
30 N. LaSalle Street
Room #1400
Chicago, Illinois 60602
(312) 742-0170
fax: (312) 744-6566

via ECF electronic notice and by U.S. Mail October 9, 2009.

/s/ Michael Cohen
MICHAEL COHEN