LAW OFFICES
STAES & SCALLAN, P.C.
SUITE 1631
111 W. WASHINGTON STREET
CHICAGO, ILLINOIS 60602
www.staesandscallan.com

ANDREW STAES
STEPHEN SCALLAN
MICHAEL COHEN

TELEPHONE
(312) 201-8969
FACSIMILE
(312) 201-9233

September 10, 2009

***VIA FACSILIME***

Liza Marie Franklin
City of Chicago, Department of Law
30 N. LaSalle St.
Suite 1400
Chicago, IL 60602

Re: *Arnold v. City of Chicago, et al.* (09 C 1617)

Dear Ms. Franklin:

This letter is in response to your letter of today. Plaintiff's responses to Defendant Rubald's First Set of Interrogatories and First Set of Document Requests were placed in the mail yesterday. On the subject of outstanding discovery, the City of Chicago's responses to Plaintiff's First Set of Document Requests and First Set of Interrogatories were due on August 7th and the City's response to Plaintiff's Second Set of Document Requests was due on August 11th. Please provide such responses promptly or we will have no choice but to file a Motion to Compel.

In regards to Monday's court status, enclosed is a draft Agreed Scheduling Order. Please advise if it is acceptable to your clients.

As to Plaintiff's notice of depositions for the Defendant Officers, please advise if October 27th and October 28th at 10 a.m. are acceptable.

If you have any questions or concerns, do not hesitate to contact me.

Very truly yours,

Michael Cohen

Enclosures (1)

EXHIBIT
2

Blumberg No. 5208