**John Louis Larsen**
**Specialist in Crime Scene Processing & Instruction**
**Larsen Forensics, Inc**
**208 N. Park Blvd.**
**Glen Ellyn, IL 60137-5423**
**630.418.0031**
larsenforensicsinc@yahoo.com
www.larsenforensicsinc.com

# CURRICULUM VITAE

## Law Enforcement & Professional Experiences:

| | |
|---|---|
| 1/19/1981 to 06/30/2003 | Federal Bureau of Investigation (FBI), Special Agent, Arson Coordinator, Coordinator & Senior Evidence Response Team Leader (ERT) of FBI Chicago Division. |
| 6/30/2003 to Present | Practicing licensed Private Detective in the State of Illinois. (Incorporated in IL as Larsen Forensics, Inc. 08/2003). |
| 4/2004 to 10/2006 | The Office of the Special Prosecutor of Cook County, Special State's Attorney's Office, Investigator. |
| Summer 2005 to 6/20/2006 | Sirchie Fingerprint Laboratories, Regional Instructor in Reflective Ultra-violet Imaging System (RUVIS) KrimeSite Imager™. |
| 1/28/2008 to Present | Suburban Law Enforcement Academy (SLEA), College of DuPage, Forensics Instructor. |

*(Attached to this CV is a listing of forensic course taught by Larsen).*

## Education:

Bachelor of Arts in English Language Arts
Minor Secondary Education at St. Mary's College, Winona, MN - Dec.1969.

| | |
|---|---|
| Master's Equivalent in Special Education (Certifications in EMR/TMR Education) | University of Minnesota, School of Education, Minneapolis, MN - 1971. |
| Graduate level (40 hrs. credits – Certification in SLD) | University of St. Cloud, MN - 1972. |
| Graduate of FBI Academy Special Agent. | FBI Academy, Quantico, VA – Class of 1981-3. |

**Training:**

Graduate of FBI Academy class of 1981-3 as a Special Agent

National Fire Academy, "Fire/Arson Investigation" - 120 hrs, 4/1/1983

FBI, "General Police Instructor (GPI) School" - obtained certification as a GPI (40 hrs) March 1984

Nikon, "Law Enforcement Photography" (8 hrs.) Chicago 3/1988

FBI Academy, "Specialized Crime Scene In-Service" 9/25-30/1988

FBI Academy, "Bombing Crime Scene In-Service", 4/23-28/1989

QMA & FBI Laboratory Unit, "FACEKIT" (computerized facial identification kit), project development & training, 8 hours. 4/19 & 10/1/1990

Corridor Security Group, Skip Palenik Senior Research Microscopist for McCrone Associate, Inc., microscopic examination procedures pertaining to hair, fibers and minerals, 2 hour lecture, 10/16/1990

National Association of Fire Investigators, "Determining the Cause and Origin of Fires and Explosions Training Seminar",
Schaumburg, IL. (40hrs.) 8/1991

Eastern Kentucky University, "The National Fire, Arson and Explosion Investigation Training Program", 8/1991 (part of above program) earned (1 CEU equals 10 hours of instruction 2.4 credits)

Northwestern University, Traffic Institute, "Bloodstain Evidence Workshop I", 11/18-22/1991

Cook County Medical Examiner's Office, by Dr. Richard Stein and Kirchner on Medical Examiner's protocol followed by an autopsy of a victim of a violent death, 4/29/92

FBI/Naperville Police Department, "Advanced Forensic Investigation" with Gary Allan Rini, PhD, 5/18-22/1992

Northwestern University, Traffic Institute, "Practical Crime Scene Technology", 8/24-28/1992

FBI Academy, "Advanced Death Investigation", 10/5-9/1992

FBI Academy, "ERT Team Leader In-Service", 5/24-28/1993

FBI/ERT, "Detection and Recovery of Human Remains – ERT In-Service", 6/14-18/1993

FBI Academy, "Survival Awareness In-Service", 6/1993

FBI Academy, "Arson Scene Investigation In-Service" (taught and audited), 8/30 to 9/3/1993

Northwestern University, Traffic Institute, "Advanced Crime Scene Technology" (40 hrs.)/ 9/17/1993

FBI Academy, "Basic Evidence Response Team Training Course" (audit and taught), 4/4-8/1994 & 4/25-29/1994.

Commonwealth of Virginia, Department of Emergency Services, "Hazardous Materials First Responder Operations", (40 hr. OSHA), 6/7/1996

Northwestern University, Traffic Institute, "Bloodstain Evidence Workshop II", 6/17-21/1996

FBI **Academy,** "Weapons of Mass Destruction Counter-terrorism and Proliferation Training Course", 11/18-22/1996

FBI Academy, "ERT Team Leader In-Service", 3/25-28/1997

FBI Academy, "Bullet Trajectory Reconstruction School", 3/23-27/1997

FBI, "Forensic Fingerprint Classification Course", 7/14-18/1997

FBI/ERT, "ERT Advanced Latent Fingerprint Techniques In-Service", 1/12-15/1999

FBI, "ERT Team Leaders In-Service", 3/9-11/1999

Northwestern University, Traffic Institute, "Advanced Crime Scene Workshop III", 5/10-14/1999

FBI/ERT, "ERT Team Leader In-Service", Las Vegas, (40 hrs.), 3/2000

International Association Identification Conferences at Los Angeles, Ca. and Little Rock, Ark. both (40 hr. conferences), Summer of 2000

FBI Team Leaders Conference, FBI Academy, Quantico, VA, 24 hours, 2000.

FBI Chicago, Repealing of ERT personnel and equipment, 8 hour school conducted by FBI Chicago SWAT for FBI Chicago ERT, at Marseille, IL, 10/11/2000

University of Illinois, Fire Service Institute, "Fire/Arson Investigation Modules 1 & 2", 10/16-27/2000

Illinois Fire Service Institute, "Fire/Arson Investigation Module III", 12/4-8/2000 (obtained IL. State Certified Fire/Arson Investigator Certification)

FBI/ERT, "ERT Team Leader Conference" at St. Louis, Missouri (40 hrs.), 3/2002.

Law Enforcement Training Center, "KrimeSite Imager Reflective Ultra Violet Imaging System Technology" teaching certification 8 hour course March 11, 2002 at Oak Park City Hall,Oak Park, IL.

FBI Laboratory Fingerprint Unit, "Collection of Digital Evidence", 4 hrs - FBI Northern Regional Training Center, North Chicago, IL.

Private Detective training: training conducted in 4 hour blocks on 2/23-24/04 & 3/12/04 at Chicago, IL by Edward Williams, Attorney at Law.

Obtained certification from Sirchie Finger Print Laboratories as a Sirchie Instructor teaching the KrimeSite™, Reflective Ultra Violet Imaging System (RUVIS), at the CPD Police Academy on 12/8-9/04.

Wisconsin Association for Identification: Speaker and participant at the "Emerging Technologies in Forensic Science" conference held at Eau Claire, Wisconsin 3/28-30/2007.

Ballistic Field Training by Speers LE™ (Federal Premium Law Enforcement Ammunition) demonstration (8 hrs) hosted by the Lake County Sheriff's Department, Lake County, IL on 6/2/09.

Traffic Accident Reconstruction, Oak Park Police Department, Oak Park, Illinois on 12/7/09.

Illinois Division International Assoc. for Identification & Illinois Assoc. of Property & Evidence Managers: Speaker and participant at their joint educational conference held in Joliet, IL on 5/19-21/2010.

Council of American Forensic Entomologists, 16 hour specialized instruction in "Forensic Entomology Evidence Recovery Techniques" at Rensselaer, IN on 6/2-3/2010. (Indiana Law Enforcement Training Board Course No. 04-FE-25.)

American Academy of Forensic Science, Chicago Training Conference, SWIGIT – Scientific Working Group Imaging Technology (4 hours), multi-forensic discipline lectures (36 hours), 2/21-27/2011.

**Professional Organizations (Past & Current):**

International Association for Identification – Associate Membership #22777
International Crime Scene Investigators Association – Active Member #518
International Association of Arson Investigators Illinois Chapter - #520

**Professional Presentation:**

March 28-30, 2007 – Speaker at the 41st Annual Educational Seminar held in Eau Claire, Wisconsin. Topic presented: "**Latent Fingerprint Impressions Recovered From Cadavers as a Crime Scene Process.**"

May 19-21, 2010 – Speaker at Illinois Division International Association for Identification & Illinois Association of Property and Evidence Managers Joint Educational Conference held in Joliet, Illinois. Topic presented: "**Shooting Incident Reconstruction within a Room**" (lecture & workshop).

**Technical Publication:**

Prints From Skin: How Latent-Fingerprint Impressions are Recovered from Cadavers as Part of the Crime-Scene Search Process, Evidence Technology Magazine, Volume 6, May-June 2008, pgs 18-22.

French Fry or Indication of Bullet Perforation? Evidence Technology Magazine, Volume 7, Number 6, November – December 2009, pgs 8- 9.

Shooting Incident Reconstruction within a Room, Evidence Technology Magazine, accepted for publication.

Assessing Crime Scene Forensic Evidence after the Fact: The Importance of Evidence Collection Protocols to Defense Attorneys. The Champion Magazine, Submitted April 2011.

**Testimony:**

Testified in Federal and State Courts concerning violent crimes matters.

Testified as an expert in shooting incident reconstruction for State of Illinois in 07CR-11707, People v. Perconti, before the Honorable Judge Colleen McSweeney-Moore, on November 12, 2008.

Testified as an expert in shooting incident reconstruction pertaining to a bullet hole in a windshield for State of Indiana in 53C02-1004FA-00362, State of Indiana V. Daniel Paul Foster, before the Honorable Judge Marc R. Kellams, on January 27, 2011.

# John Louis Larsen Law Enforcement Instructional History

**1990:**

7/17/90- taught FBI Evidence Recovery Team (ERT) Chicago Division Crime Scene In-Service, half day session on ERT protocol with practical exercises in latent impression recovery.

8/20/90- instructed FBI Chicago ERT in evidence recovery protocols, photographing of crime scenes, sketching, casting and collection of evidence at the FBI Northern Regional Training Center, North Chicago, IL.

**1991:**

4/19/91- provided a 3 hour overview of Arson Investigations & Federal Law to Zurich American Insurance Investigators and Supervisors at Zurich American; Schaumberg, IL.

6/8/91- produced and directed a 45 minute video with the assistance of CNA Insurance and the East Dundee Police and Fire Departments on fire sets.

**1992:**

6/12/92- conducted an all day session with CPD Detectives pertaining to the gathering of evidence, crime scene photography, tire & shoe impression evidence and vehicle processing for physical evidence, conducted at the Chicago Police Academy.

10/14/92- made a presentation to FBI Detroit Administrator about the Evidence Response Team Program ("ERT" hereafter the "R" refers to response rather than recovery) at Detroit, Michigan.

12/15/92- conducted in-service on safety protocol when conducting a search to FBI Rockford Resident Agency (RRA) Special Agents (SA)

**1993:**

2/16/93- lectured for 2 hours to FBI Chicago Division West Resident Agency (WRA) SAs on field safety and evidence handling procedures.

4/1/93- conducted a 2 hour in-service to FBI Chicago Division photographers on computerized identification sketch program, "FACEKIT".

4/15/93- taught an 8 hour arson crime scene school at Rolling Meadows Police Department., Rolling Meadows, IL.

5/5/93- instructed an 8 hour block on vehicle fires at FBI Regional Arson Crime Scene School, FBI Northern Regional Training Center, North Chicago, IL.

5/26/93- presented a case study on evidence recovery operation at FBI ERT Team Leaders Conference, FBI Academy, Quantico, VA.

6/3/93- conducted a 3 hour seminar to Insurance Investigators on arson investigation and Federal Law at St. Paul Fire & Marine Insurance, Chicago, IL.

6/14/93- assisted instructor in "40 Hour Detection & Recovery of Human Remains In-Service" put on by the ERTU at the FBI Academy, Quantico, VA.

9/1/93- guest instructor at FBI Academy, taught half day session on vehicle fires and then conducted half day practical exercise on vehicle fires.

**1994:**

5/17/94- conducted 1 hour presentation on ERT processing procedures to FBI Chicago Division administrators at an business retreat, White Pines Forest State Park, Mount Morris, IL.

12/6/94- conducted an 8 hour in-service on vehicle fires, blood stain evidence and basic ERT concepts at Lombard Police Department, Lombard, IL. Lombard Police and FBI Chicago ERT participated in this joint training.

**1995;**

7/11/95- conducted a 1 hour demonstration on the use of the Alternate Light Source (ALS) to East Dundee Police Department, East Dundee, IL.

10/27/95- taught a 4 hour training block on use of computers to FBI Chicago ERT.

**1996:**

10/16/96- taught a 12 hour block on "Recovery of Human Remains" to FBI Chicago ERT at Northern Regional Training Center, North Chicago, IL.

**1997:**

1/24/97- instructed an 8 hour school on ERT protocol, fingerprint lifting and with practical exercises to FBI Chicago ERT at FBI Northern Regional Training Center, North Chicago, IL.

3/14/97- taught 8 hour school on "Blood Stain Evidence and Documentation" with field exercises, to FBI ERT at Northern Regional Training Center, North Chicago, IL.

3/20/97- trained ERT personnel hi the use of computer imaging program "FACEKIT", half day session.

6/16/97- conducted a 1 hour lecture to New CPD Detectives and Forensic Service Personnel on "Conducting a Vehicle Search" at the Chicago Police Academy.

9/24/97- conducted a 2 hour lecture to FBI National Academy graduates on "UNABOM Investigation" at FBI Northern Regional Training Center, North Chicago, IL.

11/14/97- directed ERT Chicago Div. all day training exercises on "Trajectory Studies" at FBI Northern Regional Training Center, North Chicago, IL.

**1998:**

1/6/98- conducted a 1 hour lecture on vehicle searches to FBI Chicago ERT and Chicago Safe Street Task Force at Chicago, IL.

1/23/98- instructed an 8 hour trajectory study course to FBI ERT Chicago Div personnel which consisted of 4 hours of lecture followed by half day range exercises at FBI Northern Regional Training Center, North Chicago, IL.

4/13/98- taught a 16 hour ERT Basic Training course at the Lombard Police Department, Lombard, IL. Training consisted of class and field exercises.

6/30/98- taught a 16 hour ERT Basic Training course provided to FBI Chicago Div. Evidence Custodians.

9/14-18/98- instructed new Chicago ERT members in "40 Hour Basic ERT Course" at Northern Regional Training Center, North Chicago, IL. Instructed main blocks on fingerprints and advanced latent recovery techniques.

9/24/98- guest speaker at the IL Association for Identification Conference on "Recovery of Latent Prints From Cadavers", Mattison Holiday Inn, Mattison, IL

11/19/98- guest instructor on "Evidence Recovery Procedures" presented to Chicago Police Detectives at the Chicago Police Academy, 4 hour block, followed by a 3 hour block of instruction pertaining to crime scene sketching, crime scene interpretation, trajectory documentation and theory to new investigators with the Office of Professional Standards (OPS) at the Chicago Police Academy.

11/30/98- trained FBI ERT Chicago Div. on shoe and tire impressions and the use of the ALS.

**1999:**

1/28/99- lectured for 2 hours on "Crime Scene Analysis" to a new detective class of CPD Detectives at the Chicago Police Academy.

4/21/99- joint training exercise with NORTAF and FBI ERT Chicago.

6/18-19/01- taught an "ALS Advanced Training Course" to FBI San Francisco & Sacramento ERTs at Oakland, CA.

7/16-20/01- instructed a "40 Hour Basic Crime Scene School" as part of the FBI international training initiative on Safe Street the ILEA, Budapest, Hungry.

8/6-17/01- taught a "Basic 80 Hour ERT School" at the FBI Academy, Quantico, VA.

8/26/01- taught a 4 hour basic ALS class at Aurora Police Department.

10/18/01- taught a 4 hour trajectory documentation and blood stain analysis course to OPS Investigators at the Chicago Police Academy.

10/26/01- conducted a two hour lecture on "Incident Response at 911 Pertaining to UA Flight 93 Crash Site" at Cook County Medical Examiner's Office, Chicago, IL.

12/12-13/01- team taught FBI ERT Minneapolis Division, basic and advance ALS techniques.

**2002:**

1/9/02- lecture for an hour to new FBI Special Agents on "ERT Crime Scene Processing" at Chicago, IL.

1/15/02-taught an 8 hour ALS course at Aurora Police Department, Aurora, IL.

4/1/-3/02 - instructed at a half day training sessions on photographing and lifting shoe and tire impressions to FBI Chicago ERT at FBI Chicago ERT facility.

5/16/02- taught a 3 hour course on "Evidence Recovery Techniques" to CPD District Evidence Technicians and Detectives at the Chicago Police Academy.

5/17/02- taught a half day in-service on "Forensic Techniques Used in Evidence Recovery and Crime Scene Interpretation" to the new Chicago Detectives at the Chicago Police Academy.

7/24-25/02- taught "Advanced School on use of ALS" to FBI Pittsburg ERT.

8/13-23/02- taught "Basic 80 Hour ERT School" at FBI Academy, Quantico, VA.

12/4/02-conducted a 3 hour presentation on "Crime Scene Processing Responsibilities of Federal, State and Local at the 911 UA Flight 93 Crash Site" to FBI Indianapolis ERT, Indiana State Police Evidence Technicians, County Sheriffs Police, Indianapolis PD.

5/26/10 – Speaker at the Illinois Division International Association for Identification & the Illinois Association of Property and Evidence Managers joint training conference on "Shooting Incident Reconstruction within a Room" at Joliet, IL.