**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA ARNOLD, individually and as Special Administrator of THE ESTATE OF MARTINEZ WINFORD, now deceased, | ) | |
| Plaintiff, | ) | 09 C 1617 |
| v. | ) | Judge Zagel |
| THE CITY OF CHICAGO, a Municipal Corporation and CHICAGO POLICE OFFICERS ZACHARY RUBALD and MIGUEL ROMERO, | ) | |
| Defendants. | ) | |

**CERTIFICATION OF DR. SHAKU TEAS**

I, Dr. Shaku Teas, state the following under penalty of perjury:

1. I am a medical doctor specializing in forensic pathology. Attached here as Exhibit 1 is my curriculum vitae.

2. I have been retained by Plaintiff's counsel in this matter to analyze the path of a bullet that entered the body of Martinez Winford .

3. In conducting my analysis, I reviewed the following materials:

a. Report of Postmortem Examination authored by Michelle A. Jorden, M.D. of the Office of the Medical Examiner, County of Cook, Illinois dated October 13, 2008 ("Postmortem Report");

b. 18 x-ray films taken of the body of Martinez Winford related to Dr. Jorden's Postmortem examination ("X-rays");

c. Thirty-five photographs taken of the body of Martinez Winford related to Dr. Jorden's Postmortem examination ("Postmortem Photographs");

d. Declaration of Dr. Michelle Jorden filed in this Court on August 23, 2013 ("Declaration"); and

e. Transcript of the Deposition of Michelle Jorden, M.D. conducted on May 21, 2010.

4. In examining Mr. Winford's body, Dr. Jorden noted a 0.2 inches-in-diameter gunshot wound of entrance. The entrance wound was located on the lateral right chest, 24.2 inches beneath the top of the head, 8.7 inches right of the anterior midline and within the mid axillary line.

5. Dr. Jorden noted, and as can be observed from the Postmortem Photographs, the gunshot wound traversed and involved the skin and subcutaneous tissue in the area of the entrance wound, the posterolateral right 10th rib, the upper right lobe of the liver, the lower lobe of the right lung, the pericardial sac, the posterior and anterior portions of the left ventricle of the heart adjacent to the atrium, descending aorta, the upper lobe of the left lung, lateral left third intercostal space, and the musculature of the left pectoralis muscle, from where the bullet was recovered. The wound coursed from back to front, right to left, and upward.

6. Based upon the foregoing findings and observations by Dr. Jorden, as well as the Postmortem Photographs, it is evident that the wound path of the bullet through Mr. Winford's body consisted of a straight line travelling from his lower right back and continuing from right to left, from back to front, and upwards and exiting in the anterior 3rd intercostal space anteriorly and lodging in the left pectoralis muscle.

7. That the trajectory of the bullet through Mr. Winford's body consisted of a straight line is apparent from the sequential wound path above.

8. In my experience and based on my training, a medium caliber bullet, such as that recovered from Mr. Winford's body, is not deflected from their original trajectory through a body unless it impacts a relatively thick bone such as the skull, which obviously was not the case here.

9. While Dr. Jorden's Declaration states that the bullet recovered from Mr. Winford's body struck his posterolateral right rib, the x-rays of his body reveal no evidence of displacement of the fractured rib.

10. Thus, while the bullet hit a rib, there is no evidence to support the conclusion that the bullet traveled on anything other than a straight line from the wound of entrance to the location at which the bullet came to rest.

11. That the bullet recovered from Mr. Winford's body was not deflected inside his body is further confirmed by the postmortem photograph of the recovered bullet, attached hereto as Exhibit 2. It shows no evidence of deformation, which would be expected if it struck a sufficiently dense bone to cause any degree of deflection in the trajectory of the path.

12. If called upon to testify, I would testify to the following with a reasonable degree of medical certainty.

**Certification**

Pursuant to 28 U.S.C. '1746, the undersigned declares under the penalty of perjury that the statements in the foregoing Certification are true and correct.

Shaku Teas M.D.

Shaku S. Teas M.D. (Forensic Pathologist)

# CURRICULUM VITAE

| | | |
|---|---|---|
| **Personal** | Shaku S. Teas, M.D.<br>1123 Ashland Avenue<br>River Forest, IL 60305 | |
| **Education** | | |
| High School: | Apostolic Carmel High School<br>Bandra, Bombay, India | 1964 |
| Pre-medical: | Jaihind College<br>Bombay University, India<br>(Biology, 1966) | 1964-1966 |
| Medical: | Seth G.S. Medical School<br>King Edward Memorial Hospital<br>Bombay University, India 1972<br>M.B., B.S. Bombay University | 1966-1972 |
| ECFMG: | Educational Council for Foreign<br>Medical Graduates | 1971 |
| **Clinical Training** | | |
| Internship: | King Edward Memorial Hospital<br>Bombay, India | 1971-72 |
| | St. Joseph Hospital<br>2800 N. Lake Shore Dr.<br>Chicago, IL | 1972-73 |
| Residency | Department of Pathology<br>University of Illinois Hospital<br>Chicago, IL | 1973-77 |

| | | |
|---|---|---|
| **Positions** | Asst. Medical Examiner<br>Office of the Medical Examiner<br>2121 W Harrison Street<br>Chicago, IL 60612 | 1977 - 1991 |
| | Special Consultant<br>Utilization Review Committee<br>Alexian Brothers Medical Center<br>Elk Grove Village, IL | 1986 -1991 |
| | Anatomic Pathologist ( part time)<br>Department of Pathology<br>Cook County Hospital | 1992- 2000 |
| | Clinical Asst. Professor<br>Dept. of Pathology<br>University of Illinois<br>Chicago, IL | 1980<br>to present (inactive) |
| | Coroner's Pathologist and Consultant<br>in Forensic Medicine | 1991-2005 |
| | Consultant in Forensic Pathology<br>and Medicine | 1991-<br>Present |
| **Medical Licensure** | Maharashtra State Medical Council, India | 1972 |
| | State of Illinois (FLEX) # 36 - 49650 | 1974 |
| | State of Wisconsin # 43106-020 | 2001 |
| **Board Certification** | American Board of Pathology | |
| | Anatomic and Clinical Pathology | 1977 |
| | Forensic Pathology | 1979 |
| | American Board of Quality Assurance<br>and Utilization Review Physicians | 1988 |
| **Organizations** | American Academy of Forensic Sciences<br>National Assoc. of Medical Examiners<br>College of American Pathologists<br>U.S. and Canadian Academy of Pathology<br>Chicago Pathology Society | |

## PUBLICATIONS and PRESENTATIONS

1. "Solitary Metastatic Liposarcoma of the Liver" Arch Pathol Lab Med, Vol 102, Nov 1978.

2. "Spontaneous Live Birth with Maternal History of Intravenous Use of Pentazocine and Tripelennamine" J of For Sci, Vol 2, 489-95 April 1983.

3. "Atypical Gunshot Wounds of Entrance: An Empirical Study" J of For Sci, Vol 29, No 2, 379-88. April 1984.

4. "Sudden Unexpected Death Associated with Seizures: Analysis of 66 Cases" Vol 25, No 1, 84-88. Epilepsia, 1984.

5. "Three Year Comprehensive Study of Drowning Related Deaths in Cook County, Illinois - 1978 - 80" Presented at the annual Academy of Forensic Sciences meeting. Los Angeles, Ca. 1981.

6. "Therapeutic Misadventures in Children" Presented at the annual Academy of Forensic Sciences meeting in Anaheim, Ca. Feb 1984.

7. "Ponto-Medullary Avulsion" Presented at the International Congress of Neuropathology in Vienna. Sept 1982.

8. "Sudden Death in Epilepsy and the Forensic Pathologist" The Am J of Forensic Medicine and Pathology. Vol 6, No 3, 215-18. Sept 1985.

9. "A Prospective Study on Sudden Unexpected Death in Epilepsy" Ann Neurol 26: 195-203. August 1989.

10. "Comparison of Analytical Methods in the Determination of Two Venlafaxine Fatalities" J. of Analytical Toxicology. Vol 21, 166-169. April 1997.

11. "Mucoepidermoid Carcinoma of the Esophagus. A case report". Presented at the American College of Physicians annual meeting 1997.

12. "Fatal Overdose with MDMA and GHB" Presented at the annual meeting of Forensic Toxicologists, San Juan, Puerto Rico October 1999.

13. "Low Phosphoinositide- Specific Phospholipase C Activity and Expression of Phospholipase C $\beta_1$ Protein in the Prefrontal Cortex of Teenage Suicide Subjects" Am J Psychiatry 1999; 156: 1895-1901