UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CASSANDRA ARNOLD, individually and as Special Administrator of The Estate of MARTINEZ WINFORD, now deceased,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE CITY OF CHICAGO, a Municipal Corporation; and CHICAGO POLICE OFFICERS ZACHARY RUBALD and MIGUEL ROMERO,  )<br>)<br>)<br>)<br>Defendants.  ) | Case No. 09 C 1617<br><br>Judge Zagel |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on July 23, 2014, the undersigned filed and served the attached Motions In Limine upon the persons listed on the attached service list.

/s/ Michael Cohen
MICHAEL COHEN

STAES & SCALLAN, P.C.
111 W. Washington Street
Suite 1631
Chicago, IL 60602
(312) 201-8969

## CERTIFICATE OF SERVICE

I, Andrew Staes, hereby certify that I have caused the foregoing Notice Of Filing to be served upon:

Lindsay Erin Wilson Gowin
City Of Chicago, Department Of Law
Federal Civil Rights Division
30 N. LaSalle Street
Chicago, Illinois 60602
*via ECF filing notification on July 23, 2014.*

/s/ Andrew Staes
ANDREW STAES