IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA ARNOLD, individually and as Special Administrator of THE ESTATE OF MARTINEZ WINFORD, now deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 09 C 1617 |
| v. | ) ) | Judge Zagel |
| THE CITY OF CHICAGO, a Municipal Corporation and CHICAGO POLICE OFFICERS ZACHARY RUBALD and MIGUEL ROMERO, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO VOLUNTARY DISMISS CASE

Plaintiff, Cassandra Arnold, individually and as Special Administrator of The Estate of Martinez Winford, Pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves to dismiss this case without prejudice and without costs.

Respectfully submitted,

/s Andrew Staes
Andrew Staes
Michael Cohen

Staes & Scallan, P.C.
111 W. Washington St.
Suite 1631
Chicago, IL 60602
(312) 201-8969

CERTIFICATE OF SERVICE

      I, Andrew Staes, hereby certify that I have caused Plaintiffs Motions To Voluntarily Dismiss Case to be served upon:

Lindsay Erin Wilson Gowin
City Of Chicago, Department Of Law
Federal Civil Rights Division
30 N. LaSalle Street
Chicago, Illinois 60602
*via ECF filing notification on July 24, 2014.*

                                                  /s/ Andrew Staes
                                                  ANDREW STAES